IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: :<br>ECSM UTILITY CONTRACTORS, INC. :<br>Debtor/Movant :<br>:<br>v. :<br>:<br>UNITED STATES TRUSTEE, :<br>PF FUNDING GROUP, LLC :<br>Respondent : | CASE NO. 1-14-02062-MDF<br>CHAPTER 11 |

## MOTION TO SELL EXCESS MATERIALS
## FREE AND CLEAR OF LIENS

**AND NOW,** comes Debtor, ECSM Utility Contractors, Inc., by and through its attorney, Gary J. Imblum, and pursuant to 11 U.S.C. § 363 and respectfully represents:

1. Debtor filed a voluntary Petition under Chapter 11 of the Bankruptcy Code on April 30, 2014.

2. Debtor is the owner of excess materials, a list of which is attached hereto as Exhibit "A".

3. PF Funding has a security interest in said materials. However, PF Funding has agreed to waive its right to the proceeds from said sale.

4. Debtor requests Court approval to begin marketing on line and sell said excess materials. "Total price" listed on Exhibit "A" is the minimum bid that will be accepted.

[Remainder of page intentionally left blank — signature page follows]

**WHEREFORE**, Debtor respectfully requests that this Honorable Court issue an Order approving the sale of excess materials, free and clear of liens.

Respectfully submitted,

IMBLUM LAW OFFICES, P.C.

Gary J. Imblum
Attorney I.D. No. 42606
4615 Derry Street
Harrisburg, PA 17111
(717) 238-5250
Fax No. (717) 558-8990
Attorney for Debtor

Dated: 3/23/15